IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br>$141,932.00, et al,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-04-6743 OWW  (NEW DJ LJO) LJO<br><br>**ORDER TO SET SCHEDULING CONFERENCE**<br><br>Date:　March 6, 2007<br>Time:　8:30 am.<br>Courtroom.: 8 (LJO) |

This Court received an answer to the complaint in this case on February 17, 2005. Since then, nearly two years later, the Court has received no further filings from the parties. On the basis of good cause, this Court SETS a status conference for **March 6, 2007 at 8:30 a.m. in Courtroom 8 (LJO)**. At the scheduling conference, the parties shall be prepared to discuss the status of the underlying criminal action and whether discovery, motion, and trial dates should be set. The parties may appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:　February 9, 2007**　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE