# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>$141,932.00, et al,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-04-6743 OWW  (NEW DJ LJO) LJO<br><br>**ORDER FOR JOINT SCHEDULING REPORT**<br><br>Scheduling Conference<br>Date:   March 6, 2007<br>Time:   8:30 am.<br>Courtroom.: 8 (LJO) |

This Court set a status conference for **March 6, 2007 at 8:30 a.m. in Courtroom 8 (LJO)**. At the scheduling conference, the parties shall be prepared to discuss the status of the underlying criminal action and whether discovery, motion, and trial dates should be set. The parties are hereby ORDERED to submit a **Joint Scheduling Report  no later than February 26, 2007.** The parties shall email a copy of the Joint Scheduling Report to ljoorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   February 13, 2007**                     /s/ Lawrence J. O'Neill
b9ed48                                                         UNITED STATES DISTRICT JUDGE