1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   1:04-CV-06743-LJO-TAG
                                        )
12          Plaintiff,                  )
                                        )   **DEFAULT JUDGMENT OF FORFEITURE**
13     v.                               )   **AND FINAL JUDGMENT OF FORFEITURE**
                                        )
14 APPROXIMATELY $141,932.00 IN U.S.    )
   CURRENCY,                            )
15                                      )
            Defendant.                  )
16 _____)

17         This matter is before the Court on plaintiff United States' Notice of Motion and Motion for

18 Judgment by Default or in the Alternative, Motion to Dismiss filed August 23, 2007, and Motion to

19 Strike Claimant Living Tree Company, Inc.'s Answer to Plaintiff's Verified Complaint for Forfeiture

20 *In Rem*; and Motion for Default Judgment Against Claimant Living Tree Company, Inc. filed

21 November 27, 2007. The Magistrate Judge has recommended that the United States' motions to

22 strike and default judgments be granted. The time for objecting to the Findings and

23 Recommendations of the Magistrate Judge have passed and no timely objections have been filed.

24 An Order Adopting Findings and Recommendations to Grant Plaintiff's Motions to Strike and to

25 Enter Default and Final Judgment of Forfeiture was filed on February 7, 2008. Based on the

26 Magistrate Judge's Findings and Recommendations to Grant Plaintiff's Motions to Strike and Enter

27 Default Judgments, the Order Adopting Findings and Recommendations to Grant Plaintiff's Motions

28 to Strike and to Enter Default and Final Judgment of Forfeiture, and the files and records of the

Court, it is

    ORDERED, ADJUDGED, AND DECREED:

    1.    After a *de novo* review, the Court adopts the Magistrate Judge's January 18, 2008 Findings and Recommendations in full.

    2.    The answer of Claimants Marc Steven Kalish and Living Tree Company, Inc. are to be stricken by the Clerk of the Court.

    3.    The Claim of Marc Steven Kalish is to be stricken by the Clerk of the Court.

    4.    Marc Steven Kalish and Living Tree Company, Inc. are held in default.

    5.    A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $141,923.00 in U.S. Currency of Marc Steven Kalish and Living Tree Company, Inc. and all other potential claimants who have not filed claims in this action.

    6.    A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $141,923.00 in U.S. Currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Marc Steven Kalish and Living Tree Company, Inc.

    7.    The United States is the prevailing party.

    8.    The clerk is directed to close this action.

    IT IS SO ORDERED.

**Dated:   March 4, 2008**         /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE